# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In Re: | Sheila Atienza Wiggins | Case No.: 15–31559 DM 7 |
|---|---|---|
| | Debtor(s) | Chapter: 7 |

### ORDER FOR INDIVIDUAL(S) IN CHAPTER 7 AND CHAPTER 13 CASES TO FILE REQUIRED DOCUMENTS AND NOTICE RE AUTOMATIC DISMISSAL

The debtor(s) named above failed to file the documents listed below.

* Statement Re Payment Advices (local form available at www.canb.uscourts.gov)

IT IS HEREBY ORDERED that unless within **14 DAYS OF THE DATE OF THIS ORDER**, the debtor(s) file(s) the document(s) listed above, the court **MAY DISMISS** this case without further notice or hearing.

IT IS HEREBY ORDERED that unless **WITHIN 45 DAYS AFTER THE PETITION DATE**, the debtor(s) either: (a) files the documents prescribed in 11 U.S.C. §521(a)(1); (b) files a written request under 11 U.S.C. §521(i)(3) for additional time to do so; or (c) **OBTAINS AN ORDER** excusing the filing of the documents, **THIS CASE WILL BE AUTOMATICALLY DISMISSED**, pursuant to 11 U.S.C. §521(I).

Dated: 12/23/15

By the Court:

Dennis Montali
United States Bankruptcy Judge